IN RE: BP SECURITIES, DERIVA-
TIVE AND EMPLOYMENT RE-
TIREMENT INCOME SECURITY
ACT (ERISA) LITIGATION

**In re: BP p.l.c. Securities Litigation.**

**MDL Nos. 2189, 2185.**

United States Judicial Panel on
Multidistrict Litigation.

Aug. 10, 2010.

Before JOHN G. HEYBURN II,
Chairman, ROBERT L. MILLER, JR.,
KATHRYN H. VRATIL, DAVID R.
HANSEN, W. ROYAL FURGESON, JR.,
FRANK C. DAMRELL, JR.*, BARBARA
S. JONES, Judges of the Panel.

### ORDER TO SHOW CAUSE

JOHN G. HEYBURN II, Chairman.

**Before the entire Panel \*:** All parties
in the actions listed on Schedule A are
hereby ordered to show cause why those
actions should not be transferred to the
Southern District of Texas for inclusion in
the coordinated or consolidated pretrial
proceedings occurring there in MDL No.
2185, pursuant to 28 U.S.C. § 1407. Any
party may submit a response to this order
no later than *August 27, 2010.* Any re-
plies to those responses are due no later
than *September 3, 2010.*

### SCHEDULE A

MDL No. 2189 — **IN RE: BP SECURI-
TIES, DERIVATIVE AND EMPLOY-
MENT RETIREMENT INCOME SEC.
ACT (ERISA) LITIGATION**

MDL No. 2185 — **IN RE: BP p.l.c. SE-
CURITIES LITIGATION**

*Northern District of Illinois*
*Charis Moule v. BP Corp. North Amer-
ica, Inc., et al.,* C.A. No. 1:10–3990

*Syed Arshadullah, et al. v. BP, PLC, et
al.,* C.A. No. 1:10–4026

*Southern District of New York*
*Ralph Whitley v. BP, PLC, et al.,* C.A.
No. 1:10–4935